IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| EULAS C. BLACK, #164436, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:04-cv-1099-F |
| | )      WO |
| BRENT PARRISH, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The plaintiff's objection (Doc. # 21) to the Recommendation of the Magistrate Judge filed on March 29, 2005 is overruled;

(2) The Recommendation of the Magistrate Judge (Doc. # 20) entered on March 23, 2005 is ADOPTED in part and REJECTED in part.  The Recommendation is REJECTED to the extent that the court finds that the distinction between "legally blind" and "totally blind" is immaterial to its determination that Plaintiff has failed to satisfy the prerequisites for issuance of a preliminary injunction.  In all other respects, the Recommendation is ADOPTED as the opinion of this court.

(3) Plaintiff's motion for preliminary injunction (Doc. # 19) filed on March 22, 2005 is DENIED.

(4) This case is referred back to the magistrate judge for further proceedings.

DONE this 27th day of April, 2005.

                                            /s/ Mark E. Fuller
                                 CHIEF UNITED STATES DISTRICT JUDGE